# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# MIDDLE DIVISION

| | |
|---|---|
| IN RE: April 26, 2013 Seizure of $254,430 United States Currency | Miscellaneous No.: 3:13-sm-00095 JUDGE TRAUGER |
| Claimant: Ruben Chacon-Hernandez | |

## CONSENT ORDER OF FORFEITURE, APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF ACTION

Upon review of the Joint Motion to Enter Consent Order of Forfeiture and Approve Settlement Agreement and Mutual Release, and it appearing that all matters between these parties have been settled and compromised, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the terms of the attached Settlement Agreement are hereby approved, including:

1. A Consent Order of Forfeiture hereby enters in the approximate amount of $140,000, and this sum will be deposited in the appropriate asset forfeiture fund and further disbursed according to law.

2. The Consent Order of Forfeiture is not dependent upon the disposition of any related criminal investigation.

3. ICE may issue a warning letter to Chacon regarding his business Ruben Construction, LLC.

4. A fine in the approximate amount of $40,000 fine will be paid to Immigration and Customs Enforcement.

5. Any remaining funds will be returned to Ruben Construction, LLC via his attorney Jay Steed.

IT IS FURTHER ORDERED AND ADJUDGED that any and all claims, administrative or otherwise of Ruben Chacon, personally and Ruben Construction, LLC are hereby withdrawn and any claim, right or interest they had in the $254,430 United States currency is extinguished.

IT IS FURTHER ORDERED AND ADJUDGED that the parties shall adhere to the terms of the attached Settlement Agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this Court retains jurisdiction for enforcement, if necessary;

IT IS FURTHER ORDERED AND ADJUDGED that upon entry of this Order, this case is dismissed.

_____
JUDGE ALETA S. TRAUGER
UNITED STATES DISTRICT JUDGE